IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| William R. Bradley, Jr., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv721 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Department of Housing and Urban Development, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on April 5, 2010 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 23, 2010, hereby ADOPTS said Report and Recommendations.

Accordingly, Defendant's motion to dismiss (Doc. 6) is **DENIED** and Plaintiffs will be granted 21 days to perfect service upon the Attorney General of the United States of America and the United States Attorney. If Plaintiff subsequently fails to perfect service in a timely manner, this case will then be dismissed for lack of service.

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court